IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-01477-MSK

DANIEL MCLEAN MACKAY,

    Petitioner,

v.

STACIE ESTRELLA,

    Respondent.

---

**ORDER DIRECTING SERVICE WITHIN FOURTEEN DAYS AND
SETTING LAW & MOTION HEARING**

---

**THIS MATTER** comes before the Court on Petitioner Daniel McLean Mackay's Petition pursuant to the International Child Abduction Remedies Act ("ICARA") against Respondent Stacie Estrella regarding their child **(#1)**. Mr. Mackay, a citizen of Canada, alleges that Ms. Estrella took their minor child from the child's habitual residence in Canada to Colorado. He seeks prompt return of the child to Canada, an order prohibiting the further removal or concealment of the child by Ms. Estrella, and a forthwith hearing on the matter.

    **IT IS ORDERED** that

    (1)    Mr. Mackay is directed to serve the Petition and this Order on Respondent Stacie Estrella within fourteen days of this Order.

(2) The matter is set for a non-evidentiary hearing on the law and motion calendar on **July 21, 2010 at 10:00 a.m.** The parties shall be prepared to address the Petition and further proceedings in this case.

Dated this 25th day of June, 2010

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge